UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:           CHAPTER 13
Lucretia D. Holliday, Debtor(s).      CASE NO. 14-53437-TJT
_____/ JUDGE THOMAS J. TUCKER

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. As of today, the Trustee has not received a true copy of the debtor's **Payment Order,** or an Electronic Transfer of Funds Payment Order, in contravention of E.D. Mich. L.B.R. 1007-1(c).

2. The Trustee requests that the debtor provide copies of her non-filing spouse's three (3) post-petition pay stubs at least 14 days prior to confirmation.

3. The debtor indicates on Schedule B that she has a fraudulent foreclosure claim against Wells Fargo. The Trustee requests an update at confirmation as to the status of this pre-petition law suit. The Trustee further requests that the debtor provide the non-filing bankruptcy's attorney name and address prior to confirmation. The Trustee requests that the debtor add any non-exempt assets into the Plan for the benefit of creditors.

4. The debtor indicates on Schedule I that she is in the process of reopening her insurance company. The Trustee requests that the debtor provide an update every 6 months as to the status of her income from this business. The Trustee would further request that she amend Schedules I and J at any point and time she begins to earn income from this business.

The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

    a.      mortgage - $1000 a month.

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

September 26, 2014 /S/ TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Lucretia D. Holliday, Debtor(s).

CHAPTER 13
CASE NO. 14-53437-TJT
JUDGE THOMAS J. TUCKER

/

## CERTIFICATE OF MAILING

I hereby certify that on October 2, 2014, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

/s/ *Juatane E. Miller*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Lucretia D. Holliday
5269 Pond Bluff Dr.
West Bloomfield, MI 483230000

John A. Steinberger
17515 W. 9 Mile Road
Suite 420
Southfield, MI 480750000